RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey   07601
(201) 343-4040
**Attorneys for Debtor**

Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Carolyn Chestnut | : | CHAPTER 13 |
| | : | CASE NO. 17-34898 |
| | : | HONORABLE ROSEMARY GAMBARDELLA |
| Debtor. | : | Hearing Date: January 3, 2018 at 10:30 a.m. |

**ORDER EXTENDING**

☐   CASE         ✔   AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 8, 2018**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is extended effective the date of this Order.