Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–34898–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn Chestnut
   301 East 41st Street
   Paterson, NJ 07504

Social Security No.:
   xxx–xx–9330

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 05/04/2018 and a confirmation hearing on the Modified Plan is scheduled for 06/06/2018 at 09:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 7, 2018
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34898-RG
Carolyn Chestnut                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2         Date Rcvd: May 07, 2018
                              Form ID: 186           Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Carolyn Chestnut,    301 East 41st Street,    Paterson, NJ 07504-1103
517223315      +1ST CRD SRVC,    377 HOES LANE,    PISCATAWAY, NJ 08854-4138
517397235      +Auto Mall 46 Chrysler Jeep Dodge,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517223316     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
517223323      +PSE&G,   PO Box 1023,    Cranford, NJ 07016-1023
517223322      +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517223325      +SLS/US Bank,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
517251564      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:39:51
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
517223319      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 07 2018 23:48:12
                 JH PORTFOLIO DEBT EQUI,    5757 PHANTOM DR STE 225,    HAZELWOOD, MO 63042-2429
517223320      +E-mail/PDF: pa_dc_claims@navient.com May 07 2018 23:42:37      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
517223321      +E-mail/Text: bankruptcy@njfcu.org May 07 2018 23:47:08      NORTH JERSEY FCU,    711 UNION BLVD,
                 TOTOWA, NJ 07512-2207
517238048       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 23:41:12
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,     POB 41067,
                 Norfolk VA 23541
517332564      +E-mail/Text: bankruptcy@pseg.com May 07 2018 23:46:24      PSE&G,    Attn: Bankruptcy,
                 PO Box 490,   Cranford, NJ 07016-0490
517224269      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:41:01      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517223317*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
517223318*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
517223324*     +PSE&G,   PO Box 1023,    Cranford, NJ 07016-1023
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: May 07, 2018
                              Form ID: 186               Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank
               National Association, as Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Carolyn  Chestnut rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```