| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>―――――――――――――――――――――<br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | Order Filed on April 1, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Carolyn Chestnut | Case No.: 17-34898<br>Chapter: 13<br>Judge: RG |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 6, 2018__ :

Property:            301 East 41st Street Paterson NJ 07504

Creditor:            Specialized Loan Servicing, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Russell L. Low__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __7/2/19__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Carolyn Chestnut  
    Debtor

Case No. 17-34898-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 01, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db         +Carolyn Chestnut,    301 East 41st Street,    Paterson, NJ 07504-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
         Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank
         National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
         Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank
         National Association, as Trustee rsolarz@kmllawgroup.com
        Russell L. Low    on behalf of Debtor Carolyn  Chestnut rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 5