Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−34898−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn Chestnut
   301 East 41st Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−9330

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 21, 2019
JAN: slm

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-34898-RG
Carolyn Chestnut                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 21, 2019
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
```
db           +Carolyn Chestnut,   301 East 41st Street,   Paterson, NJ 07504-1103
517223315    +1ST CRD SRVC,   377 HOES LANE,   PISCATAWAY, NJ 08854-4138
517397235    +Auto Mall 46 Chrysler Jeep Dodge,   c/o Fein Such Kahn & Shepard PC,   7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
517223323    +PSE&G,   PO Box 1023,   Cranford, NJ 07016-1023
517223322    +Phelan Hallinam & Diamond PC,   400 Fellowship Road,   Suite 100,
               Mount Laurel, NJ 08054-3437
517223325    +SLS/US Bank,   8742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129-2386
517251564    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Aug 22 2019 03:38:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
517223316     EDI: CAPITALONE.COM Aug 22 2019 03:38:00     CAPITAL ONE BANK USA N,   15000 CAPITAL ONE DR,
               RICHMOND, VA 23238
517223319    +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 21 2019 23:56:58
               JH PORTFOLIO DEBT EQUI,   5757 PHANTOM DR STE 225,   HAZELWOOD, MO 63042-2429
517223320    +EDI: NAVIENTFKASMSERV.COM Aug 22 2019 03:38:00     NAVIENT,   PO BOX 9500,
               WILKES BARRE, PA 18773-9500
517223321    +E-mail/Text: bankruptcy@njfcu.org Aug 21 2019 23:56:17     NORTH JERSEY FCU,   711 UNION BLVD,
               TOTOWA, NJ 07512-2207
517238048     EDI: PRA.COM Aug 22 2019 03:38:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517332564    +E-mail/Text: bankruptcy@pseg.com Aug 21 2019 23:54:02     PSE&G,   Attn: Bankruptcy,
               PO Box 490,   Cranford, NJ 07016-0490
517224269    +EDI: RMSC.COM Aug 22 2019 03:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517223317*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE BANK USA N,   15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
517223318*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE BANK USA N,   15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
517223324*    +PSE&G,   PO Box 1023,   Cranford, NJ 07016-1023
                                                                                TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin             Page 2 of 2              Date Rcvd: Aug 21, 2019
                              Form ID: 148            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com

      Marie-Ann  Greenberg    magecf@magtrustee.com

      Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company NJ_ECF_Notices@mccalla.com

      Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com

      Russell L. Low    on behalf of Debtor Carolyn  Chestnut rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                             TOTAL: 6